IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>VS.<br><br>KENNETH R. WATTS,<br><br>             Defendant. | )<br>)<br>)<br>)<br>) Case No. 18-MJ-411STE<br>)<br>)<br>)<br>) Violation: 50 C.F.R., § 27.82(b),<br>)              16 U.S.C., § 668dd(f)(1) |

### INFORMATION

The United States Attorney charges:

#### Count 1

On or about July 7, 2018, in the Western District of Oklahoma at the Wichita Mountains National Wildlife Refuge,

---------------- **KENNETH R. WATTS**- -------------

the defendant, did possess a controlled substance, to wit: marijuana, on a national wildlife refuge.

All in violation of Title 50, Section 27.82(b)(2) of the Code of Federal Regulations, and Title 16, United States Code, Section 668dd, Subsection (f)(1).

Dated this 8th day of August 2018.

                                                              ROBERT J. TROESTER
                                                              Acting United States Attorney

                                                              */s/ Laney A. Comer*
                                                              LANEY A. COMER
                                                              Special Assistant U.S. Attorney
                                                              Office of the Staff Judge Advocate
                                                              Fort Sill, OK 73503
                                                              (580) 442-3737